**1579  BOARD OF METROPOLITAN POLICE vs. BOARD OF AUDITORS (Wayne), 68 M., 576.**

To compel the respondents to pay the expense of patrolling certain territory in townships outside of the city of Detroit, under the liquor law of 1887.

Denied March 2, 1888.

**1580  TOWNSHIP BOARD OF ECORSE vs. BOARD OF SUPERVISORS (Wayne), 75 M., 264.**

To compel the board of supervisors to take action, under Act No. 62, Laws of 1889, providing for the construction of bridges over streams which form the boundary line between two townships.

Denied June 14, 1889, on the ground that the act does not apply to navigable rivers over which it would be necessary to construct a drawbridge, and maintain and manage the same during the season of navigation.

**1581  DELTA LUMBER COMPANY vs. BOARD OF AUDITORS (Wayne) AND BOARD OF SUPERVISORS (Wayne), 71 M., 572.**

To compel respondents to maintain and operate a bridge.

Denied October 19, 1888.

Held, that the care and supervision of all public highways and bridges is in the hands of the highway commissioners, and the record fails to show any liability on the part of Wayne County to maintain and operate the bridge in question.